**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00028-CV**
_____

**IN RE GRAYSON CHARNEY**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 19-08-11322-CV**

**ORDER**

Grayson Charney, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is the defendant in Trial Cause Number 19-08-11322-CV, *Sheri Strickland, Individually and as Legal Guardian of L.D. v. Grayson Charney, et al*. Relator seeks a writ compelling the Honorable Vincenzo Santini, Judge of the 457th District Court of Montgomery County, Texas, to vacate a December 18, 2020 order denying a motion to compel a neuropsychological examination and a February 8, 2021 order denying a motion to reconsider. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that the trial court proceedings be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all trial court proceedings in Trial Cause Number 19-08-11322-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 10, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.